**E-filed 5/21/07**

1
2
3
4
5
6
7
8    NOT FOR CITATION

9    IN THE UNITED STATES DISTRICT COURT

10    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    MARCUS L. HUDSON,                    )    No. C 03-1876 JF (PR)
                                           )
13              Petitioner,                )    ORDER DENYING MOTION
                                           )    TO EXPEDITE CASE;
14                                         )    DIRECTING PETITIONER TO
       vs.                                 )    FILE A SECOND AMENDED
15                                         )    PETITION
                                           )
16    A.A. LAMARQUE, Warden,               )
                                           )
17              Respondent.                )
      _____)    (Docket No. 3)
18

19          Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus

20    pursuant to 28 U.S.C. § 2254.  On March 5, 2004, the Court ordered Respondent to show

21    cause why the petition should not be granted.  On April 19, 2004, Respondent filed a

22    motion to dismiss the petition for failure to exhaust state remedies.  Petitioner filed a

23    traverse opposing the motion to dismiss and a motion to withdraw and stay his pending

24    habeas petition in order to exhaust his state court remedies.  The Court granted

25    Respondent's motion to dismiss and dismissed the petition with leave to amend.  The

26    Court denied Petitioner's motion to withdraw and stay the instant petition without

27    prejudice.  The Court directed Petitioner to file an amended petition containing only

28    exhausted claims and renew his motion to stay the amended petition.  Petitioner filed an

amended petition, which was mistakenly opened as a new habeas action in case no. C 05-1486 JF (PR) on April 5, 2005. Thereafter, Petitioner notified the Court that his state habeas petition was denied by the California Supreme Court. Accordingly, it appears that Petitioner has now exhausted all of his claims. On May 7, 2007, Petitioner filed a motion to expedite his case. The Court will DENY Petitioner's motion (docket no. 30) without prejudice and direct Petitioner to file a second amended petition containing all of his exhausted claims **within thirty days** of the date this order is filed, as set forth below.

## CONCLUSION

1.      Petitioner's motion to expedite the case (docket no. 30) is DENIED without prejudice.

2.      Petitioner shall file a second amended petition containing his newly exhausted claims and his exhausted claims **within thirty days** of the date this order is filed. Petitioner shall include the caption and civil case number used in this order (No. C 03-1876 JF (PR)) and the words "SECOND AMENDED PETITION" on the first page of the Court's habeas form, enclosed with this order. Petitioner may not incorporate material from his earlier petitions by reference, therefore he must include all supporting documentation, such as exhibits, with the second amended petition. Petitioner's second amended petition must include all of the exhausted claims he intends to raise in this federal habeas action, including the exhausted claims in his amended petition and the additional newly exhausted claims.

3.      It is Petitioner's responsibility to prosecute this case. Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner must keep the Court and all parties informed of any change of address by filing a separate paper captioned "Notice of Change of Address."

\\\

\\\

Order Denying Motion to Expedite Case; Directing Petitioner to File a Second Amended Petition
P:\pro-se\sj.jf\hc.03\hudson876misc        2

1  Petitioner must comply with the Court's orders in a timely fashion.  Failure to do so may

2  result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of

3  Civil Procedure 41(b).

4         IT IS SO ORDERED.

5  DATED:__5/18/07_____              _____

6                                     JEREMY FOGEL
                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   A copy of this ruling was mailed to the following:

2

3   Marcus L. Hudson
    T-50133
    High Desert State Prison
4   P.O. Box 3030
    Susanville, CA  96127

5

6   Bruce Ortega
    California Attorney General's Office
7   455 Golden Gate Avenue,
    Suite 11000
8   San Francisco CA  94102-7004

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28