To: The Clerk of United States
District Court For the Northern
District of California
280 South First Street, Room 2112
San Jose, California, 95113-3095

*e-filed 2/25/08

FILED

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

Case No. C03-1876 JF (PR)

Motion Requesting Extension of time

AND ORDER

Marcus L. Hudson
    Petitioner

V.

A. A. LaMarque, Warden
    Respondent

Petitioner, a State prisoner, Filed a pro se habeas petition pursuant to 28 U.S.C 2254. Ask the Court's For an Extension of time For these Alleged reason. Petitioner states that he is unable to File a response to the Order to show Cause Answer by the Respondent in the thirty days time limit because of this Prison High Desert State Prison being on lockdown For a races Riot. Petitioner ask the Courts to Find good Cause grant Request For Extension of time to this Said Matter.

Dated: 2/22/08

IT IS SO ORDERED.

_____
JEREMY FOGEL, U.S. DISTRICT JUDGE

# Declaration of Service

I am Marcus L. Hudson, T-50133, declare as Following I am a Prisoner Incarcerated at High Desert State Prison Located in Susanville, California Under the penalty of perjury that the Foregoing is true and Correct to the best of my Knowledge.

I, the Prisoner declare that I was and has been unable to comply with the Court's order to File a traverse in response to Respondent reply to the Court's Order to Show Cause. Due to the Prison H.D.S.P. having a races riot I was and is unable to use the law library because of this incident. I requesting For Extension of time

To: The Clerk of United States
District Court For the Northern
District of California
280 South First Street, Room 2112
San Jose, Ca. 95113-3095

I declare under penalty of perjury that the Foregoing is true and Correct.

Dated: 12/3/07 December, at High Desert State Prison, Susanville, Ca. 96127

Signed: Marcus L. Hudson
High Desert State #T-50133
Prison P.O. Box 3030
Susanville, Ca. 96127

HIGH DESERT STATE PRISON
NAME: Marcus Hudson
CDC#: T-50133 BED: C1-106
PO BOX 3030 SUSANVILLE CA 96127

US POSTAGE
$00.410
12/06/2007
Mailed From 96127

C1

To: The Clerk of United States
District Court For the Northern
District of California
280 South First Street, Room 2112
San Jose, California 95113-3095